IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MICHAEL PEARSON, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.4:05-CV-124-Y |
| | § | |
| COLE JETER, Warden, | § | |
| FMC-Fort Worth, | § | |
| Respondent. | § | |

ORDER ADOPTING
MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Christopher Michael Pearson under 28 U.S.C. § 2241, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1.   The pleadings and record;

2.   The proposed findings, conclusions, and recommenda-tion of the United States magistrate judge filed on June 2, 2005; and

3.   The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on June 24, 2005.

The Court, after de novo review, concludes that Pearson's objections must be overruled, that the motion to dismiss should be granted, and that the petition for writ of habeas corpus under 28 U.S.C. § 2241 should be dismissed for lack of jurisdiction, for the reasons stated in the magistrate judge's findings and conclusions.

It is therefore ORDERED that the findings, conclusions, and recommendation of the magistrate judge should be, and are hereby, ADOPTED.

It is further ORDERED that respondent Jeter's April 26, 2005, motion to dismiss [docket no. 4] be, and is hereby, GRANTED.

It is further ORDERED that Christopher Michael Pearson's petition for writ of habeas corpus under 28 U.S.C. § 2241 be, and is hereby, DISMISSED for lack of jurisdiction.

SIGNED June 28, 2005.


_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE